Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The Brooklyn Heights Railroad Company, Respondent, v. Brooklyn City Railroad Company, Appellant.— Motion to postpone granted, and case ordered placed at the head of the day calendar for October 3, 1911. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Charles Anderberg, Respondent, v. James A. Timony, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Oliver M. Arkenburgh, Respondent, v. Peter Aronson, Appellant.— Motion denied, without costs, on condition that appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Louis Bregman, Appellant, v. Louis Pellman, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Arthur Collins, Respondent, v. Waterbury Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Arthur Collins, Respondent, v. Waterbury Company, Appellant.— Motion to resettle order denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Annie Grasso, as Administratrix, etc., of Michael Grasso, Deceased, Respondent, v. John B. Rose Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Albert T. Griffiths, Respondent, v. Cornelius P. Toomey, Appellant.— Motion to dismiss appeal denied on condition that appellant pay respondent ten dollars costs and perfect his appeal within ten days; otherwise, motion granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Edward Heffern, as Administrator, etc., Appellant, v. Excelsior Brick Company of Haverstraw and Another, Respondents.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Summary Proceedings Brought by Blossom Heath Inn, Appellant, v. Timothy D. Healy, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the City of Mount Vernon for the Appointment of Commissioners to Estimate and Assess the Expenses of the Improvement of the Widening of West Lincoln Avenue, in the City of Mount Vernon.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Lands for a Plaza at the Manhattan Bridge Terminal, in the Borough of Brooklyn, City of New York, etc. Meier Stein.